UNITED STATES BANKRUTPCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                              )
                                                    )       Chapter 7
    ANTHONY INTURRISI and         )       Case No. 09-63437
    MARY A. INTURRISI              )
                                                    )
        Debtors.                )

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. Listed below are the names, addresses and amounts due those creditors to who distribution of less than five dollars would have been made if ordered by the Court.

    Bedford County Treasurer        City of Roanoke
    122 East Main Street, Suite 101    Office of Billing & Collections
    Bedford, VA 24523                215 Church Avenue, SW, Room 252
                                            Roanoke, VA 24011

    Amount Due: $3.05                Amount Due: $0.87

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: September 30, 2010                By: /s/ Andrew S. Goldstein

Andrew S. Goldstein (VSB #28421)
Magee, Foster, Goldstein & Sayers, PC
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800
(540) 343-9898 (Facsimile)
*Chapter 7 Trustee*

MAGEE GOLDSTEIN LASKY & SAYERS
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW